

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00118-CV

$11,530.00 CURRENT MONEY OF                                    APPELLANT
THE UNITED STATES

V.

THE STATE OF TEXAS                                            APPELLEE

----------

FROM THE 16TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Ray Lynn Millaway, pro se, attempts to appeal from the underlying trial court cause number 2012-10167-16. On March 23, 2012, we notified Millaway of our concern that we might not have jurisdiction over this appeal because the trial court had not signed an order in the case, meaning there did not appear to be a final judgment or appealable interlocutory order. We stated that unless Millaway

---

[1]*See* Tex. R. App. P. 47.4.

or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before April 12, 2012, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Millaway filed a response, conceding that this court does not have jurisdiction but stating, "I want my options open in case." The response does not show grounds for continuing this appeal.

The general rule, with a few exceptions, is that an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Here, the trial court has not signed any appealable interlocutory orders or a final judgment. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: May 10, 2012